UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - -X
Maurice Thomas                                 07 CV 1978 (SCR)

                Plaintiff,                        **JUDGMENT**

      -against-

Atlantic Express Corp., New York City
Board of Education and National
Broadcasting Company,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - -X



      Defendants having moved to dismiss and the said motion having come before the Honorable, Stephen C. Robinson, United States District Judge and the Court thereafter on March 30, 2009, having handed down its Memorandum Decision and Order (document #12), granting Atlantic's motion to dismiss and directed the court to dismiss Mr. Thomas' complaint, it is,

      **ORDERED, ADJUDGED AND DECREED:** That the complaint be and it is hereby dismissed.

DATED: White Plains, N.Y.
       March 31, 2009

                                                     *J. Michael McMahon*
                                                        Clerk

    i:/judgment/Thomas.978

                                                            E.O D